# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| JAMAL MAY, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No.: 1:22-CV-02530 |
| vs. | Judge Virginia M. Kendall |
| WORLD AUTOMOTIVE JOLIET LLC., | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jamal May ("Plaintiff") and Defendant World Automotive Joliet LLC ("World Kia Automotive") (collectively the "Parties") hereby inform the Court that this matter has settled. The Parties expect to submit a dismissal order pursuant to Fed. R. Civ. P. 41(a) shortly.

DATED: November 14, 2022

Respectfully Submitted,

By: /s/ Jason Thomas

**ADVOCATE ATTORNEYS, LLP**
Jason Thomas, Esq.
1629 K St NW, Ste 300
Washington, DC 20006
www.advocateattorneys.com
jthomas@advocateattorneys.com
Telephone: (708) 294-3900
ARDC# 6323343

**ADVOCATE ATTORNEYS, LLP**
Marc Dann, Esq.
1500 Madison Ave.
Cleveland, OH 44104
Telephone: (202) 9235-6991
mdann@advocateattorneys.com

By: /s/Danielle J. Gould

**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
Ira M. Levin (ARDC No. 6192178)
ilevin@burkelaw.com
Danielle J. Gould (ARDC No. 6270700)
dgould@burkelaw.com
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000